UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 11-10266-DJC |
| LAUREN HENNESSY, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

Pursuant to Fed.R.Civ.P. 4(c), the Plaintiff moves for an appointment of Ronald DiGiorgio, Constable or any of his agents qualified and knowledgeable in service of court process and/or any of his employees or servants, as process server in the above captioned matter.

As grounds for this Motion, Plaintiff states that said appointment is required due to the need to expedite service in this action.  The Sheriff's Department for the county in which the Defendant resides is currently experiencing a backlog of work.  Constable Ronald DiGiorgio is available to make immediate service of process in this matter.  Plaintiff swears that to the best of its knowledge and belief, the person to be appointed process server is a constable who is experienced in the service of process, is 18 years of age or over, and is not a party to this action.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court allow Plaintiff's motion to appoint Constable Ronald DiGiorgio, or any of his agents qualified and knowledgeable in service of court process and/or any of his employees or servants, as process server in the above captioned matter.

1

|  |  |
|---|---|
|  | Respectfully Submitted,<br>ACHTE/NEUNTE BOLL KINO<br>BETEILIGUNGS GMBH & CO KG,<br>By Its Attorney, |
|  | **/s/ Ryan Ciporkin** |
| DATED:  February 17, 2011 | Todd Bennett, Esq. BBO #643185<br>Ryan Ciporkin, Esq. BBO #667479<br>BENNETT & BELFORT, P.C.<br>24 Thorndike Street, Suite 300<br>Cambridge, MA 02141<br>Telephone: 617-577-8800<br>Facsimile: 617-577-8811<br>tbennett@bennettandbelfort.com<br>rciporkin@bennettandbelfort.com<br>*Co-Counsel for the Plaintiff* |
|  | Thomas M. Dunlap, Not Admitted<br>Nicholas A. Kurtz, Not Admitted<br>DUNLAP, GRUBB & WEAVER, PLLC<br>1200 G Street, NW Suite 800<br>Washington, DC 20005<br>Telephone: 202-316-8558<br>Facsimile: 202-318-0242<br>tdunlap@dglegal.com /<br>nkurtz@dglegal.com<br>*Co-Counsel for the Plaintiff* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 17th day of February 2011, that a copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via mail to Lauren Hennessy, 65 Southwick Road, North Reading, MA 01864.

/s/ Ryan Ciporkin
Todd J. Bennett
Ryan A. Ciporkin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LAUREN HENNESSY,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 11-10266-DJC<br>)<br>)<br>)<br>) |

**ORDER OF APPOINTMENT OF SPECIAL PROCESS SERVER**

Upon application by plaintiff(s) and pursuant to Rule 4(c), Federal Rules of Civil Procedure, it is hereby ORDERED that Constable Ronald DiGiorgio, or any of his agents qualified and knowledgeable in service of court process and/or any of his employees or servants, is hereby appointed to serve as a special process server for the purpose of serving the summons and complaint in this action.

Date: _____          _____
                                 U.S. District Judge Denise J. Casper

Date: _____          _____
                                 Clerk