# UNITED STATES DISTRICT COURT
для
## DISTRICT OF MASSACHUSETTS

ACHTE/NEUNTE BOLL KINO BETEILIGUNGS
GMBH CO KG
*Plaintiff*

v.

Civil Action No.:
1:11-CV-10266-DJC

LAUREN HENNESSY
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lauren Hennessy
65 Southwick Road
North Reading, MA 01864

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Todd Bennett, Esq. BBO # 643185
Ryan Ciporkin, Esq. BBO # 667409
Bennett and Belfort, P.C.
24 Thorndike Street, Suite 300
Cambridge, MA 02141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SARAH ALLISON THORNTON
*CLERK OF COURT*

/s/ – Mary Cummings
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2011-02-17 09:13:19.0, Clerk USDC DMA

Civil Action No.: 1:11-CV-10266-DJC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Lauren Hennessy

was received by me on (date) 3/18/2011 .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☒ I left the summons at the individuals residence or usual place of abode with (name) Charles

J. Diperri, Jr., Significant Other , a person of suitable age and discretion who resides there,

on (date) 3/21/2011 , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) : Complaint For Copyright Infringment, Civil Action Cover Sheet
and motion for special process server also served.

My fees are $ 15.00 for travel and $ 43.00 for services, for a total of $ 58.00 .

I declare under penalty of perjury that this information is true.

3/21/2011
Date

Server's Signature

Robert M. DiGiorgio, Constable
*Printed name and title*

11 Marrett Rd, Burlington, MA
*Server's Address*

Additional information regarding attempted service, etc: