UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 11-10266-DJC |
| LAUREN HENNESSY, ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby voluntarily dismisses the above-captioned action without costs or interest to any party. All rights of appeal are hereby waived.

                                              Respectfully Submitted,
                                              ACHTE/NEUNTE BOLL KINO
                                              BETEILIGUNGS GMBH & CO KG,
                                              By Its Attorney,

                                              **/s/ Ryan Ciporkin**

DATED:  April 18, 2011                  Todd Bennett, Esq. BBO #643185
                                              Ryan Ciporkin, Esq. BBO #667479
                                              BENNETT & BELFORT, P.C.
                                              24 Thorndike Street, Suite 300
                                              Cambridge, MA 02141
                                              Telephone: 617-577-8800
                                              Facsimile: 617-577-8811
                                              tbennett@bennettandbelfort.com
                                              rciporkin@bennettandbelfort.com
                                              *Co-Counsel for the Plaintiff*

2

>Thomas M. Dunlap, Not Admitted
>Nicholas A. Kurtz, Not Admitted
>DUNLAP, GRUBB & WEAVER, PLLC
>1200 G Street, NW Suite 800
>Washington, DC 20005
>Telephone: 202-316-8558
>Facsimile: 202-318-0242
>tdunlap@dglegal.com /
>nkurtz@dglegal.com
>*Co-Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 18th day of April 2011, that a copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via mail to Lauren Hennessy, 65 Southwick Road, North Reading, MA 01864.

>/s/ Ryan Ciporkin
>Todd J. Bennett
>Ryan A. Ciporkin